```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 N. Spring Street, Suite 1400
     Los Angeles, California 90012
     Telephone: (213)894-5710
     Facsimile: (213)894-7177
     E-Mail:    Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. SACV 08-01394 AHS (RNBx) |
| Plaintiff, ) | FIRST AMENDED JUDGMENT |
| v. ) | |
| MEN'S BREITLING FOR BENTLEY WATCH, ) | |
| Defendant. ) | |

After consideration of the papers in support of and in opposition to plaintiff United States of America's Motion for Default Judgment, and the evidence presented,

//

//

//

//

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's Motion for Default Judgment shall be and hereby is GRANTED.

2. The defendant Men's Breitling For Bentley Watch (the "defendant asset") shall be and hereby are forfeited to the United States of America. The government shall dispose of the defendant asset in the manner provided by law.

DATED: June 19, 2009.        <u>ALICEMARIE H. STOTLER</u>
                             ALICEMARIE H. STOTLER
                             UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


       /S/
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

2